IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILBUR PITTMAN,

      Plaintiff,                    No. CIV S-08-2807 EFB P

   vs.

LINDA B. QUNNE,

      Defendant.                <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983.

      A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

      Here, it appears that the defendant is located in San Diego, California and the claim arose in San Diego, California which is in the Southern District of California. 28 U.S.C. § 84(d).

////

1

1  Therefore, in the interest of justice, this action is transferred to the United States District Court
2  for the Southern District of California.  *See* 28 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d
3  918, 932 (D.C. Cir. 1974).
4     So ordered.
5  DATED:  December 23, 2008.

                                                  _____
                                                  EDMUND F. BRENNAN
                                                  UNITED STATES MAGISTRATE JUDGE